# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**TASHA MICHELLE BLACKBURN,**             *
                                          *
                                          *
    **Petitioner,**                       *     **CIVIL ACTION NO. 11-00727-WS-B**
                                          *     **CRIMINAL NO. 08-00256-WS-B**
**vs.**                                   *
                                          *
                                          *
**UNITED STATES OF AMERICA,**             *
                                          *
    **Respondent.**                       *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Blackburn's Motion To Vacate, Set Aside, Or Correct Sentence under § 2255 (Doc. 195) be **DENIED** and that Blackburn is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

    **DONE** this 3rd day of February, 2015.


                         **s/WILLIAM H. STEELE**
                         **CHIEF UNITED STATES DISTRICT JUDGE**