IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TASHA MICHELLE BLACKBURN, | * |
| | * |
| | * |
| Petitioner, | *  CIVIL ACTION NO. 11-00727-WS-B |
| | *  CRIMINAL NO. 08-00256-WS-B |
| vs. | * |
| | * |
| | * |
| UNITED STATES OF AMERICA, | * |
| | * |
| Respondent. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Blackburn's Motion To Vacate, Set Aside, Or Correct Sentence under § 2255 (Doc. 195) be **DENIED** and that Blackburn is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** this 3rd day of February, 2015.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE